

Daniel M. Eliades
D 973.848.4018
daniel.eliades@klgates.com

April 17, 2023

**<u>VIA ECF</u>**

The Honorable Marc L. Barreca
United States Bankruptcy Court
Western District of Washington
700 Stewart Street, Courtroom 7106
Seattle, WA 98101

Re: **Asset Realty LLC**
**Case No. 23-10326-MLB**

Dear Judge Barreca:

Our firm represents the secured creditor, Century 21 Real Estate LLC in the above referenced bankruptcy proceeding. This matter is scheduled for a status conference on April 20, 2023 at 11:00 a.m. Please accept this letter as my request to appear by telephone for the status conference as I am currently located in New Jersey and I would like to monitor the proceeding on behalf of my client.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Daniel M. Eliades*

Daniel M. Eliades

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ  07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com
Anthony P. La Rocco, Managing Partner, New Jersey
314960493.2