|  | |
|---|---|
| 1 | Judge: Marc Barreca |
| 2 | Chapter: 11 |
| 3 | Hearing Location: Seattle |
|  | Hearing Date: December 7, 2023 |
| 4 | Hearing Time: 9:30 a.m. |
|  | Response Date: November 30, 2023 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In Re: | Case No: 23-10326-MLB |
|---|---|
| ASSET REALTY LLC | DECLARATION OF GREGORY S. WORDEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO USE INSURANCE PROCEEDS TO PAY DEFENSE COUNSEL FOR ADDITIONAL INSURED & FOR SETTLEMENT IF PARTIES REACH AGREEMENT |
| Debtor | |

I, Gregory S. Worden hereby declare and state as follows:

1. I am over the age of 18, am making this declaration based upon my personal knowledge, and am competent to testify herein.

2. I am an attorney with Lewis Brisbois Bisgaard & Smith LLP, attorneys for General Star in this matter.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the First Amended Complaint.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the September 26-23 email from Sean Campbell to General Star.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the October 6, 2023,

DECLARATION OF GREGORY S. WORDEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO USE INSURANCE PROCEEDS TO PAY DEFENSE COUNSEL FOR ADDITIONAL INSURED & FOR SETTLEMENT IF PARTIES REACH AGREEMENT – 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 23-10326-MLB    Doc 121    Filed 11/13/23    Ent. 11/13/23 11:41:07    Pg. 1 of 3

1 | Reservation of Rights Letter.

3 | DATED this 13th day of November, 2023, at Tacoma, Washington.

          *s/Gregory S. Worden*
          Gregory S. Worden

DECLARATION OF GREGORY S. WORDEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO USE INSURANCE PROCEEDS TO PAY DEFENSE COUNSEL FOR ADDITIONAL INSURED & FOR SETTLEMENT IF PARTIES REACH AGREEMENT – 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 23-10326-MLB    Doc 121    Filed 11/13/23    Ent. 11/13/23 11:41:07    Pg. 2 of 3

# DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing to be served via the methods below on November 13, 2023, on the following counsel/party of record:

| Recipient | Method |
|---|---|
| James E. Dickmeyer, WSBA #14318<br>JAMES E. DICKMEYER, PC<br>520 Kirkland Way, Suite 400<br>PO Box 2623<br>Kirkland, WA 98083-2623<br>(425) 889-2324<br><br>*Counsel for Debtor* | ☐ via U.S. Mail<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>jim@jdlaw.net |
| Geoffrey Groshong<br>600 Stewart Street, Suite 1300<br>Seattle, WA 98101<br><br>*Trustee* | ☐ via U.S. Mail<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>geoff@groshonglaw.com |
| Matthew J.P. Johnson<br>Office of the U.S. Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101<br>(206) 553-2000<br><br>*Counsel for U.S. Trustee* | ☐ via U.S. Mail<br>☐ via Legal Messenger Hand Delivery<br>☐ via Facsimile<br>☒ via CM/ECF<br>☒ via E-mail:<br>matthew.j.johnson@usdoj.gov |

DATED November 13, 2023, at Seattle, Washington.

*s/Annie Kliemann*
Annie Kliemann, Legal Secretary
Annie.Kliemann@lewisbrisbois.com

DECLARATION OF GREGORY S. WORDEN IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO USE INSURANCE PROCEEDS TO PAY DEFENSE COUNSEL FOR ADDITIONAL INSURED & FOR SETTLEMENT IF PARTIES REACH AGREEMENT – 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Case 23-10326-MLB    Doc 121    Filed 11/13/23    Ent. 11/13/23 11:41:07    Pg. 3 of 3