UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
U.S. BANKRUPTCY JUDGE

U.S. Courthouse
700 Stewart St., Room 7121
Seattle, WA 98101
(206) 370-5310

**Jessica G. Smith**
Judicial Assistant

January 29, 2024

<u>**VIA ECF**</u>
Mr. David S. Catuogno
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102

    Re:    *In re Asset Realty, LLC*
             **Case No. 23-10326-MLB**
             Date & Time: February 1, 2024, at 9:30 AM (PST)
             Request to Appear Telephonically

Dear Mr. Catuogno:

    We are in receipt of your letter filed and dated January 26, 2024, requesting permission to appear by telephone at the above-referenced hearing scheduled for February 1, 2024, at 9:30 a.m. (PST). Judge Barreca has approved this request. The dial-in information is as follows:

| | |
|---|---|
| Phone Number: | **1.888.363.4749** |
| Access Code: | **9365479#** |
| Security Code: | **8574#** |
| Name: | **Speak Name when Prompted** |

    Please dial-in approximately five minutes prior to the start of the hearing and do not place the call on hold as it could result in "hold music" playing in the courtroom.

    Please contact Chambers if you have any questions.

                             Sincerely,

                             */s/ Jessica G. Smith*

                             Judicial Assistant to
                             U.S. Bankruptcy Judge Marc Barreca