Honorable Marc L. Barreca
Chapter 7
Hearing Location: Seattle, Rm. 7106
Hearing Date: March 21, 2024
Hearing Time: 9:30 a.m.
Response Date: March 14, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ASSET REALTY LLC,

Debtor.

Case No. 23-10326-MLB

**DECLARATION OF SERVICE**

I, Sandra D. Lonon, hereby declare that on February 21, 2024, the following documents:

NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF THE ESTATE ("Notice");

MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND CLAIMS (the "Motion");

(PROPOSED) ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND CLAIMS (the "Proposed Order");

DECLARATION OF EDMUND J. WOOD and Exhibit A attached thereto (the "Wood Declaration"); and

DECLARATION OF CHAD STOREY (the "Storey Declaration)

were uploaded electronically through the Court's CM/ECF system and served by Notice of Electronic Filing upon those parties requesting notice and who are registered ECF participants.

DECLARATION OF SERVICE - 1

FG: 102421624.1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

In addition, I caused to be served true and correct copies of the Notice, the Motion, the Proposed Order, the Wood Declaration and the Storey Declaration by email to Chad Storey, former Managing Member of debtor Asset Realty LLC, at chad.storey@c21nwr.com.

I further caused to be served true and correct copies of the Notice by first-class, postage prepaid US Mail on all parties on Debtor's List of Creditors attached hereto as **Exhibit A** and incorporated herein.

I declare the foregoing to be true and accurate to the best of my knowledge under penalty of perjury of the laws of the United States of America.

Executed on February 23, 2024 at Bremerton, Washington.

*/s/ Sandra D. Lonon*
Sandra D. Lonon, Legal Practice Assistant

DECLARATION OF SERVICE - 2

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

FG: 102421624.1