# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 23-10326-MLB<br>Western District of Washington<br>Seattle<br>Wed Feb 21 11:34:47 PST 2024 | Asset Realty LLC<br>121 Lake Street South<br>Suite 201<br>Kirkland, WA 98033-9025 | U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 |
| AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bliss Law Group, LLC<br>P.O. Box 1339<br>Gig Harbor, WA 98335-3339 |
| Bliss Law Group, LLC<br>c/o Scott E. Alexander<br>Attorney at Law<br>P.O. Box 1339<br>5801 Soundview Drive; Suite 258<br>Gig Harbor, WA 98335-2200 | C21 Corporate Franchise<br>175 Park Avenue<br>Madison, NJ 07940-1123 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Century 21 Real Estate LLC<br>c/o K&L Gates LLP<br>Attn: Daniel M. Eliades, Esq.<br>One Newark Center, 10th Floor<br>Newark, NJ 07102-5237 | Chad Storey<br>121 Lake St. S.<br>Ste 201<br>Kirkland WA 98033-9025 |
| David J. Kovanen, and putative class<br>Andrew P. Green<br>Green & Wilmot, PLLC<br>1919 N. Pearl St., Ste. B-3<br>Tacoma, WA 98406-2489 | David Kovanen<br>c/o Green & Wilmot PLLC<br>1919 N. Pearl Street Suite B-3<br>Tacoma WA 98406-2489 | Dennis McGlothin<br>121 Lake Street South<br>Suite 201<br>Kirkland, WA 98033-9025 |
| Department of Treasury - Internal Revenue Se<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | GM Financial<br>801 Cherry Street<br>Suite 3500<br>Fort Worth, TX 76102-6854 | General Star National Ins Co.<br>c/o Gregory Worden<br>1111 Third Avenue Suite 2700<br>Seattle WA 98101-3224 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Lovejoy<br>1015 Second Avenue<br>Floor 10<br>Seattle, WA 98104-1001 | Jack M. Lovejoy<br>1015 Second Avenue Floor 10<br>Seattle, WA 98104-1001 |
| Michael Brubaker<br>14506 NE 184TH PL<br>WOODINVILLE, WA 98072-9239 | Nate Arnold<br>8201 164th Ave NE<br>Suite 200<br>Redmond, WA 98052-7615 | P.O. Box 981540<br>El Paso, TX 79998-1540 |
| Provident Building LLC<br>c/o Olsen Branson PLLC<br>205 S. Meridian<br>Puyallup WA 98371-5915 | Robert Wolford<br>c/o Michael Brubaker<br>14506 NE 184th Place<br>Woodinville WA 98072-9239 | SCOTT E ALEXANDER<br>P.O. Box 1339<br>Gig Harbor, WA 98335-3339 |
| Scott B. Henrie<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite #4100<br>Seattle, WA 98101-2380 | US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 |

| | | |
|---|---|---|
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Williams Kastner Gibbs<br>601 Union Street<br>#4100<br>Seattle, WA 98101-2380 | Williams, Kastner & Gibbs PLLC<br>c/o Scott Henrie/WKG<br>601 Union Street, Suite #4100<br>Seattle, WA 98101-2380 |
| eXp World Holdings, Inc.<br>1015 Second Avenue Floor 10<br>Seattle, WA 98104-1001 | David J. Kovanen<br>c/o Jennifer Rust Murray<br>Terrell Marshall Law Group, PLLC<br>936 N. 34th St., Ste 300<br>Seattle, WA 98103-8869 | Deborah A Crabbe<br>1111 3rd Ave Ste 3400<br>Seattle, WA 98101-3299 |
| Edmund J Wood<br>303 N 67th St<br>Seattle, WA 98103-5209 | James E. Dickmeyer<br>James E. Dickmeyer, PC<br>520 Kirkland Way Ste 400<br>PO Box 2623<br>Kirkland, WA 98083-2623 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arnold and Jacobowitz PLLC | (u)Century 21 Real Estate LLC | (u)Courtesy NEF |
| (u)Forrester and Worth PLLC | (u)General Star National Insurance Company | (u)Hansen & Cogar PLLC |
| (u)Lee Smart law firm | (u)Western Washington Law Group PLLC | (u)eXp World Holdings, Inc. |
| (u)American Express | (u)Dennis McGlothin | (u)Kent Hansen |
| (u)Nathan J Arnold | (u)S Cary Forrester | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients    14<br>Total                  51 |