|   | |
|---|---|
|   | Honorable Marc L. Barreca<br>Chapter 7<br>Hearing Location: Seattle, Rm. 7106<br>**Special Set** Hearing Date: April 24, 2024<br>Hearing Time: 1:30 p.m. |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>ASSET REALTY LLC,<br><br>                        Debtor. | Case No. 23-10326-MLB<br><br>**AMENDED NOTICE OF HEARING REGARDING TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF THE ESTATE** |

PLEASE TAKE NOTICE that Edmund J. Wood as trustee ("Trustee") for the chapter 7 bankruptcy estate of Asset Realty LLC ("Debtor"), has filed a Motion for Order Authorizing Trustee to Sell Property of the Estate Free and Clear of Liens and Claims (the "Motion") to sell certain property of the bankruptcy estate more particularly described as the "Lead Generation System" and resulting accounts receivable commissions payable to the Debtor arising from real estate sales that are closed as a result of the Lead Generation System. The Motion is brought pursuant to 11 U.S.C. §§ 105(a) and 363 and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014.

The hearing set for March 21, 2024 at 9:30 a.m. is continued as follows:

| | | | |
|---|---|---|---|
| **JUDGE:** | **Marc L. Barreca** | **TIME:** | **1:30 p.m.** |
| **PLACE:** | **United States Courthouse**<br>**700 Stewart Street Courtroom 7106**<br>**Seattle, WA 98101** | **DATE:** | **April 24, 2024** |

AMENDED NOTICE OF HEARING - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 102485315.1

Case 23-10326-MLB    Doc 224    Filed 03/20/24    Ent. 03/20/24 11:30:07    Pg. 1 of 2

DATED this 20th day of March, 2024.

          **FOSTER GARVEY P.C.**

          */s/ Dan Youngblut*
          Deborah A. Crabbe WSBA #22263
          Dan Youngblut, WSBA #56010
          1111 Third Avenue, Suite 3000
          Seattle, WA 98101
          Telephone: (206) 447-5325
          Email: deborah.crabbe@foster.com
             dan.youngblut@foster.com
          Attorneys for Edmund J. Wood as trustee for Asset Realty LLC

AMENDED NOTICE OF HEARING - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 102485315.1
Case 23-10326-MLB Doc 224 Filed 03/20/24 Ent. 03/20/24 11:30:07 Pg. 2 of 2