| | |
|---|---|
| David S. Catuogno, admitted *pro hac vice*<br>K&L GATES LLP<br>One Newark Center, Tenth Floor<br>Newark, NJ 07102<br>Telephone: (973) 848-4000<br>Email: David.Catuogno@klgates.com | Honorable Marc L. Barreca<br>Chapter 7<br>Hearing Location: Seattle, Rm. 7106<br>Hearing Date: April 24, 2024<br>Hearing Time: 1:30 p.m.<br>Response Date: April 17, 2024 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ASSET REALTY LLC

Debtor.

Case No. 23-10326-MLB

**PROOF OF SERVICE**

I, Denise A. Lentz declare as follows:

1. I am a citizen of the United States and of the State of Washington, living and residing in Snohomish County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On March 19, 2024, I caused to be electronically filed the following pleadings with the Clerk of the Court using CM/ECF system:

- Motion and Request of Century 21 Real Estate LLC for Allowance and Payment of Administrative Expense Claims (Dkt 221) ("Admin Claim Motion");
- Declaration of Jackie Bertet in Support of Motion and Request of Century 21 Real Estate LLC for Allowance and Payment of Administrative Expense Claims (Dkt 222) ("Declaration");
- Notice of Hearing on Motion and Request of Century 21 Real Estate LLC for Allowance and Payment of Administrative Expense Claims (Dkt 223) ("Admin Claim Hearing Notice")

which, pursuant to Local Rule 5005-1(c)(1), caused parties who are registered ECF participants to be served by electronic means.

PROOF OF SERVICE - 1
317687875.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

3. On March 19, 2024, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Admin Claim Motion, Declaration and Admin Claim Hearing Notice to the Debtor at the following address:

>Asset Realty LLC
>121 Lake Street South
>Suite 201
>Kirkland, WA 98033

4. On March 19, 2024, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Admin Claim Hearing Notice to the parties shown on the mailing matrix attached hereto as <u>Exhibit A</u>.

5. On March 20, 2024, I caused to be electronically filed the following pleadings with the Clerk of the Court using CM/ECF system:

- Amended Notice of Hearing on Motion and Request of Century 21 Real Estate LLC for Allowance and Payment of Administrative Expense Claims (Dkt 226) ("Amended Admin Claim Hearing Notice");
- Notice of Rescheduled Hearing on Motion of Century 21 Real Estate LLC for Relief from Automatic Stay (Dkt 225) ("Rescheduled Notice of Hearing");

which, pursuant to Local Rule 5005-1(c)(1), caused parties who are registered ECF participants to be served by electronic means.

6. On March 20, 2024, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the Amended Admin Claim Hearing Notice and Rescheduled Notice of Hearing to the parties shown on the mailing matrix on <u>Exhibit A</u>.

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that the foregoing Declaration is true and correct.

DATED this 8th day of April, 2024, at Lynnwood, Washington.

>*/s/ Denise A. Lentz*
>Denise A. Lentz

PROOF OF SERVICE - 2
317687875.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

# EXHIBIT A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 23-10326-MLB<br>Western District of Washington<br>Seattle<br>Tue Mar 19 11:44:28 PDT 2024 | Americredit Financial Services, Inc. dba GM<br>c/o McCarthy & Holthus, LLP<br>108 1st Avenue South, Ste. 300<br>Seattle, WA 98104-2104 | Asset Realty LLC<br>121 Lake Street South<br>Suite 201<br>Kirkland, WA 98033-9025 |
| U.S. Bankruptcy Court<br>700 Stewart St, Room 6301<br>Seattle, WA 98101-4441 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Bliss Law Group, LLC<br>P.O. Box 1339<br>Gig Harbor, WA 98335-3339 | Bliss Law Group, LLC<br>c/o Scott E. Alexander<br>Attorney at Law<br>P.O. Box 1339<br>5801 Soundview Drive; Suite 258<br>Gig Harbor, WA 98335-2200 | C21 Corporate Franchise<br>175 Park Avenue<br>Madison, NJ 07940-1123 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Century 21 Real Estate LLC<br>c/o K&L Gates LLP<br>Attn: Daniel M. Eliades, Esq.<br>One Newark Center, 10th Floor<br>Newark, NJ 07102-5237 |
| Chad Storey<br>121 Lake St. S.<br>Ste 201<br>Kirkland WA 98033-9025 | David J. Kovanen, and putative class<br>Andrew P. Green<br>Green & Wilmot, PLLC<br>1919 N. Pearl St., Ste. B-3<br>Tacoma, WA 98406-2489 | David Kovanen<br>c/o Green & Wilmot PLLC<br>1919 N. Pearl Street  Suite B-3<br>Tacoma WA 98406-2489 |
| Dennis McGlothin<br>121 Lake Street South<br>Suite 201<br>Kirkland, WA 98033-9025 | Department of Treasury - Internal Revenue Se<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | GM Financial<br>801 Cherry Street<br>Suite 3500<br>Fort Worth, TX 76102-6854 |
| General Star National Ins Co.<br>c/o Gregory Worden<br>1111 Third Avenue Suite 2700<br>Seattle WA 98101-3224 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Lovejoy<br>1015 Second Avenue<br>Floor 10<br>Seattle, WA 98104-1001 |
| Jack M. Lovejoy<br>1015 Second Avenue Floor 10<br>Seattle, WA 98104-1001 | Michael Brubaker<br>14506 NE 184TH PL<br>WOODINVILLE, WA 98072-9239 | Nate Arnold<br>8201 164th Ave NE<br>Suite 200<br>Redmond, WA 98052-7615 |
| P.O. Box 981540<br>El Paso, TX 79998-1540 | Provident Building LLC<br>c/o Olsen Branson PLLC<br>205 S. Meridian<br>Puyallup WA 98371-5915 | Robert Wolford<br>c/o Michael Brubaker<br>14506 NE 184th Place<br>Woodinville WA 98072-9239 |
| SCOTT E ALEXANDER<br>P.O. Box 1339<br>Gig Harbor, WA 98335-3339 | Scott B. Henrie<br>Williams, Kastner & Gibbs PLLC<br>601 Union Street, Suite #4100<br>Seattle, WA 98101-2380 | US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 |

| | | |
|---|---|---|
| US Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Williams Kastner Gibbs<br>601 Union Street<br>#4100<br>Seattle, WA 98101-2380 |
| Williams, Kastner & Gibbs PLLC<br>c/o Scott Henrie/WKG<br>601 Union Street, Suite #4100<br>Seattle, WA 98101-2380 | eXp World Holdings, Inc.<br>1015 Second Avenue Floor 10<br>Seattle, WA 98104-1001 | David J. Kovanen<br>c/o Jennifer Rust Murray<br>Terrell Marshall Law Group, PLLC<br>936 N. 34th St., Ste 300<br>Seattle, WA 98103-8869 |
| Deborah A Crabbe<br>1111 3rd Ave Ste 3400<br>Seattle, WA 98101-3299 | Edmund J Wood<br>303 N 67th St<br>Seattle, WA 98103-5209 | James E. Dickmeyer<br>James E. Dickmeyer, PC<br>520 Kirkland Way Ste 400<br>PO Box 2623<br>Kirkland, WA 98083-2623 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)Arnold and Jacobowitz PLLC | (u)Century 21 Real Estate LLC | (u)Courtesy NEF |
| (u)Forrester and Worth PLLC | (u)General Star National Insurance Company | (u)Hansen & Cogar PLLC |
| (u)Lee Smart law firm | (u)Western Washington Law Group PLLC | (u)eXp World Holdings, Inc. |
| (u)American Express | (u)Dennis McGlothin | (u)Kent Hansen |
| (u)Nathan J Arnold | (u)S Cary Forrester | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients    14<br>Total                  52 |