|   |   |
|---|---|
|   | Honorable Marc L. Barreca<br>Chapter 7<br>Hearing Location: Seattle, Rm. 7106<br>Hearing Date: April 24, 2024<br>Hearing Time: 9:30 a.m.<br>Response Date: April 17, 2024 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re:<br><br>ASSET REALTY LLC,<br><br>Debtor. | Case No. 23-10326-MLB<br><br>**DECLARATION OF DEBORAH A. CRABBE** |

I, DEBORAH A. CRABBE, declare under penalty of perjury as follows:

1. I am an attorney at law, duly admitted to practice in the state of Washington and in the United States District Court for the Western District of Washington. I have personal knowledge of the facts stated herein and if asked to testify regarding the same would and could competently do so.

2. Attached as **Exhibit A** is a true and correct copy of an email I received on April 10, 2024.

3. Attached as **Exhibit B** is a true and correct series of texts I received on April 11, 2024.

4. Attached as **Exhibit C** is a true and correct copy of an email I received on April 12, 2024.

DECLARATION - 1

FG: 102563668.1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

Case 23-10326-MLB    Doc 240    Filed 04/17/24    Ent. 04/17/24 15:18:04    Pg. 1 of 2

I declare the foregoing to be true and accurate to the best of my knowledge under penalty of perjury of the laws of the United States of America.

Executed on April 17th, 2024 at Washington D.C.

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe

DECLARATION - 2

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE 206-447-4400 FAX 206-749-9700

FG: 102563668.1

Case 23-10326-MLB    Doc 240    Filed 04/17/24    Ent. 04/17/24 15:18:04    Pg. 2 of 2