# EXHIBIT A

# Deborah Crabbe

**From:** Chad Storey <chad@chadstorey.com>
**Sent:** Wednesday, April 10, 2024 3:59 PM
**To:** Ed Wood; Deborah Crabbe
**Subject:** Purchasing Pipeline System

**THIS MESSAGE CAME FROM OUTSIDE OF FOSTER GARVEY.**
Do not click links or open attachments from an unknown sender.

Ed & Deborah,

I've been very heavily warned from CENTURY21 to stay very far away from the Pipeline System, because the pending lawsuit against the Estate, C21 & me personally.   C21 is very, very aggressive against me personally about this Lead system and the pending lawsuit.  Apologies this did not work out.   Please retract my request to purchase this.

Second, just my opinion, since there is a big class action lawsuit against the estate, C21 worldwide & me personally, I don't think it would be appropriate to allow the plaintiff in the lawsuit to purchase the Pipeline System from the estate – that would undermine the lawsuit against the estate, and your ability to collect revenue from those referrals that have closed, that will be closing.

As for me personally, I'm still working on finding a job at Amazon, Microsoft or Google.   It will happen, just a matter of time.

Feel free to give me a call if you would like to talk further about this change in direction for my side personally.

Regards,
Chad Storey
425-269-4087