# EXHIBIT B

| | |
|---|---|
| From: | Deborah Crabbe |
| To: | Deborah Crabbe |
| Subject: | Chad Storey texts |
| Date: | Friday, April 12, 2024 7:36:34 AM |
| Attachments: | IMG_2506.PNG<br>IMG_2507.PNG<br>IMG_2508.PNG<br>IMG_2509.PNG |



.ıll Verizon 🛜    7:34 AM    🔒 ▪

+1 (425) 269-4087 ›

Chad could you please call me 206-963-0482. I need to know more about the statement you made in your email to me and Ed regarding being "heavily warned" by C21 about the pipeline system. Based on your statement, C21 has interfered with a bankruptcy estate and cost the estate $200k. This is very serious and

will need to be addressed by the Court. (Just tied to call you, but you did not pick up and your VM box



+1 (425) 269-4087

by the Court. (Just tied to call you, but you did not pick up and your VM box is full so could not leave a message.). Thanks Chad.

Phone service is terrible in Cabo Mexico ... Text is working sorta ... Phone with Verizon is terrible

with Verizon is terrible.

> When are you returning? Can you please try to call me. This is very important.

I got all this information from Marc Rosenberg (E&O attorney on the



I got all this information from Marc Rosenberg (E&O attorney on the class action) .. Who got

the information from Joe Wylie (C21 Corporate attorney on the class action)

So no one said this to you directly?

Just tried to call again ... Getting "Network Busy"

Spring Break in Cabo

Marc told me on the phone and in email



+1 (425) 269-4087

Just tried to call again ... Getting "Network Busy"

Spring Break in Cabo

Marc told me on the phone and in email

I will call Marc.

Tried again "Network Busy"

OK. When are you back?

Next week Tuesday

OK. I will speak to Marc and the circle back.

  Text Message 



Sent from my iPhone