Honorable Marc L. Barreca
Chapter 7
Hearing Location: Seattle, Rm. 7106
Hearing Date: April 24, 2024
Hearing Time: 1:30 a.m.
Response Date: April 17, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ASSET REALTY LLC,

Debtor.

Case No. 23-10326-MLB

**NOTICE TO COURT OF TRUSTEE'S INTENTION TO APPEAR AND PROVIDE UPDATE TO COURT ON MOTION TO SELL ESTATE PROPERTY FREE AND CLEAR OF LIENS**

COMES NOW Edmund J. Wood as trustee ("Trustee") for Asset Realty LLC ("Debtor"), by and through his attorneys Foster Garvey PC and Deborah A. Crabbe, and hereby notifies the Court that there have been developments associated with the Trustee's Motion to Sell Estate Property Free and Clear of Liens set at *Dkt No. 199*.

The Trustee is informed and believes that the buyer, Chad Storey, wishes to withdraw his purchase offer set forth in the Purchase and Sale Agreement at **Ex. A** to Dkt 200. *See Dkt No. 240,* **Ex. A**. Mr. Storey has sent email and text statements to the Trustee leading the Trustee to believe that there may be more going on regarding the purchase and sale than is presently known to the Trustee. *See Dkt No. 240,* **Ex. A**, **Ex. B**. Unfortunately, Mr. Storey has been out of town,

NOTICE - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 102566813.1

Case 23-10326-MLB    Doc 241    Filed 04/17/24    Ent. 04/17/24 16:07:02    Pg. 1 of 2

and the Trustee has not been able to meet with Mr. Storey to discuss the contents of Mr. Storey's email and texts. As a result, the Trustee wishes to keep the April 24, 2024 hearing date at which time, the Trustee hopes to be able to provide the Court with an update on the proposed purchase and sale noted at *Dkt No. 199* and the facts and circumstances regarding this apparent change in circumstances.

DATED this 17th day of April, 2024.

**FOSTER GARVEY P.C.**

*s/ Deborah A. Crabbe*

Deborah A. Crabbe, WSBA #22263
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-5325
Email: deborah.crabbe@foster.com
Attorneys for Edmund J. Wood as trustee for Asset Realty LLC

NOTICE - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

FG: 102566813.1
Case 23-10326-MLB    Doc 241    Filed 04/17/24    Ent. 04/17/24 16:07:02    Pg. 2 of 2