David S. Catuogno
*Admitted pro hac vice*
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: David.Catuogno@klgates.com

Honorable Marc L. Barreca
Chapter 7
Hearing Location: Seattle, Rm. 7106
Special Set Hearing Date: April 24, 2024
Hearing Time: 1:30 p.m.
Response Date: April 17, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ASSET REALTY LLC

Debtor.

Case No. 23-10326-MLB

**DECLARATION OF DAVID S. CATUOGNO IN SUPPORT OF MOTION OF CENTURY 21 REAL ESTATE LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

I, David Catuogno, of full age, declare that:

1. I am a partner at the law firm of K&L Gates which firm serves as counsel for Century 21 Real Estate, LLC ("C21" or the "Franchisor"). I make this Declaration in support of C21's motion for allowance and payment of administrative expense claims (the "Motion") pursuant to which C21 seeks an order allowing, and authorizing payment of a Chapter 7 administrative claim and a Chapter 11 Administrative claim on behalf of C21 in the within bankruptcy case. This declaration is based upon my personal knowledge and a review of the documents relative to the above captioned action.

2. Attached hereto as Exhibit A is a true and correct copy of an email I received on February 21, 2024, attaching a schedule of post-conversion payments received by the estate.

3. Attached hereto as Exhibit B is a true and correct copy of an email I received on February 21, 2024, attaching a schedule of deposits.

DECLARATION IN SUPPORT OF
CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 1
318356648.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 243    Filed 04/19/24    Ent. 04/19/24 14:37:46    Pg. 1 of 12

4. Attached hereto as Exhibit C is a true and correct copy of an email I received on April 2, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED April 19, 2024, at Sherman, Connecticut.

*/s/ David S. Catuogno*
David S. Catuogno

DECLARATION IN SUPPORT OF
CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 2
318356648.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 243    Filed 04/19/24    Ent. 04/19/24 14:37:46    Pg. 2 of 12

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That she is a practice assistant in the law firm of K&L Gates LLP, and on April 19, 2024, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 19th day of April, 2024 at Seattle, Washington.

*/s/ Chloe C. Morse*
Chloe C. Morse

DECLARATION IN SUPPORT OF
CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 3
318356648.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 243    Filed 04/19/24    Ent. 04/19/24 14:37:46    Pg. 3 of 12

# Exhibit A

**From:** Deborah Crabbe <deborah.crabbe@foster.com>
**Sent:** Wednesday, February 21, 2024 1:21 PM
**To:** Catuogno, David S. <David.Catuogno@klgates.com>
**Subject:** RE: Asset Realty - LLC 23-10326-MLB

Attached is what the Trustee has received to date from brokerage sales. The last column on the right reflects what was turned over to the Trustee.

I am still waiting on the accounting for the bank account and was told I would receive that information this morning. Nothing so far.

**Deborah Crabbe**
**Principal**

*Tel:* 206.447.5325 ▪ *Mobile:* 206-953-0482
deborah.crabbe@foster.com

**Foster Garvey PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com

| | CONTRACT DATE | CLOSE DATE | CITY | AGENT/BROKER | TOTAL COMMISSIONS | BROKERAGE SPLIT |
|---|---|---|---|---|---|---|
| 1 | 7/21/2023 | 1/24/2024 | Port Townsend | Melissa Candfield | $6,875.00 | $1,378.69 |
| 2 | 1/15/2024 | 1/29/2024 | Renton | Celeste Zarling | $9,020.00 | $1,061.45 |
| 3 | 12/13/2023 | 1/16/2024 | Tacoma | Arron Carr | $10,875.00 | $1,404.35 |
| 4 | 12/9/2023 | 1/9/2024 | Tacoma | Arron Carr | $12,750.00 | $1,615.11 |
| 5 | 1/4/2024 | 1/23/2024 | Kirkland | Celeste Zarling | $55,500.00 | $6,179.47 |
| 6 | 11/27/2023 | 1/11/2024 | Issaquah | Nancy Olmos | $22,805.00 | $4,261.76 |
| 7 | 12/7/2023 | 1/9/2024 | Auburn | Arron Carr | $11,250.00 | $1,482.01 |
| 8 | 12/9/2023 | 1/10/2024 | Tacoma | Arron Carr | $10,812.50 | $1,397.33 |
| 9 | 12/2/2024 | 1/2/2024 | Referral - Yakima | Joseph Bellamy | - | $2,345.00 |
| 10 | 11/22/2023 | 1/2/2024 | North Bend | Mark Pedeferri | $14,250.00 | $2,267.83 |
| 11 | 12/8/2024 | 1/8/2024 | Sedro Woolley | Devin Gordon | $12,900.00 | $2,787.39 |
| 12 | 12/3/2023 | 12/29/2023 | Puyallup | Brian Talent | $18,675.00 | $3,672.36 |
| | | | | **TOTAL** | | **$29,852.75** |

# Exhibit B

**From:** Deborah Crabbe <deborah.crabbe@foster.com>
**Sent:** Wednesday, February 21, 2024 6:59 PM
**To:** Catuogno, David S. <David.Catuogno@klgates.com>
**Subject:** RE: Asset Realty - LLC 23-10326-MLB

Attached is the accounting I have for deposits made to the Debtor's account in December and the balance that was in the account on 12/22/23 - $10,210.13). See attached statement.

The Trustee took control of the 3 accounts on January 5, 2024 as noted on the spreadsheet with the total amount the Trustee received in the sum of $30,011.34. Clearly deposits were made to the operating account after the 12/22/23 conversion date as the amount in the account on 12/22 equaled $10,210.13.

I am also not sure why Chad is showing two deposits for January 14 and January 20 2024, which are after the date the Trustee took control of the accounts. The Trustee has no record of these deposits and the accounts remain frozen as they were on January 5, 2024. I have called Chad about this issue, but have received no answer.

Long and short is the total amount turned over to the Trustee from the bank accounts equaled $30,011.34, including two deposits from the Lead Generation Program (as noted in yellow). As provided to you earlier, the Trustee has received the turnover of checks payable to the Debtor in the sum of $29,852.75.

Please le me know if you have any questions.

**Deborah Crabbe**
**Principal**

*Tel:* 206.447.5325 ▪ *Mobile:* 206-953-0482
deborah.crabbe@foster.com

**Foster Garvey PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com

**FUNDS DEPOSITED INTO BANK ACCOUNT PRIOR TO TURNOVER OF ACCOUNTS DEPOSITS TO TRUSTEE**

| | CONTRACT DATE | CLOSE DATE | CITY | AGENT/BROKER | TOTAL COMMISSIONS | BROKERAGE SPLIT |
|---|---|---|---|---|---|---|
| 1 | 11/16/2023 | 1/20/2024 | Tacoma | Arron Carr | $12,075.00 | $1,539.23 |
| 2 | 11/15/2023 | 1/14/2024 | Tacoma | Arron Carr | $9,725.00 | $1,292.84 |
| 3 | 12/1/2023 | 12/15/2023 | Vancouver | Ron Conard | $15,750.00 | $2,235.28 |
| 4 | 11/14/2023 | 12/19/2023 | SeaTac | Taylor Wolcott | $5,972.50 | $1,047.03 |
| 5 | 11/11/2023 | 12/8/2023 | Kenmore | Ron Conard | $30,000.00 | $4,202.27 |
| 6 | 11/14/2023 | 12/11/2023 | Referral -- TN | Celeste Zarling - Owing | - | $2,661.75 |
| 7 | 8/25/2023 | 11/10/2023 | Elma, WA | Tracy Mettier | $10,650.00 | $1,022.00 |
| 8 | 11/12/2023 | 12/6/2023 | Seattle | Kyle Steppe | $21,250.00 | $2,667.63 |
| 9 | 10/15/2023 | 12/7/2023 | Portland, OR | Pipeline Referral | N/A | $3,760.00 |
| 10 | 11/2/2023 | 12/4/2023 | Fall City | Stuart Anderson | $18,300.00 | $2,838.47 |
| 11 | 11/22/2023 | 11/21/2023 | Eatonville, WA | Stuart Anderson | $20,000.00 | $2,761.76 |
| 12 | 10/27/2023 | 12/13/2023 | Winlock, WA | Tracy Mettier | $9,125.00 | $1,362.76 |
| 13 | 10/10/2023 | 11/16/2023 | Puyallup | Arron Carr | $9,975.00 | $1,320.94 |
| 14 | 10/2/2023 | 11/19/2023 | Milton, WA | Devin Gordon | $27,400.00 | $4,590.62 |
| 15 | 11/4/2023 | 11/17/2023 | Renton, WA | Kristina Hoffman | $19,375.00 | $4,173.19 |

| | | |
|---|---|---|
| | TOTAL | $37,475.77 |

Yellow = pipeline referrals

Funds turned over to the Trustee on January 5, 2024

| | |
|---|---|
| $15.63 | Acct XXXX5812 Franchise Acct |
| $47.06 | Acct XXX1518 Tax Acct |
| $29,948.65 | Acct XXX6211 Op Acct |

**TOTAL FUNDS TURNED OVER TO TRUSTEE ON JANUARY 5, 2024** $30,011.34

# Exhibit C

**From:** Deborah Crabbe <deborah.crabbe@foster.com>
**Sent:** Tuesday, April 2, 2024 2:46 PM
**To:** Catuogno, David S. <David.Catuogno@klgates.com>; Dan Youngblut <dan.youngblut@foster.com>
**Subject:** RE: Asset Realty [KLG-USE_ACTIVE01.FID3013193]

Yes. I get it. I am not sure what the heck he is thinking.

**Deborah Crabbe**
**Principal**

*Tel:* 206.447.5325 ▪ *Mobile:* 206-953-0482
deborah.crabbe@foster.com

**Foster Garvey PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com


**From:** Catuogno, David S. <David.Catuogno@klgates.com>
**Sent:** Tuesday, April 2, 2024 11:44 AM
**To:** Deborah Crabbe <deborah.crabbe@foster.com>; Dan Youngblut <dan.youngblut@foster.com>
**Subject:** RE: Asset Realty [KLG-USE_ACTIVE01.FID3013193]

Thank you.

I am sure you understand where we are coming from

We are dealing with a product that has generated substantial litigation and potential liabilities and C21 has been dragged into the umbrella of that potential liability despite having nothing to do with the product. That being the case, it cannot sign onto a transaction that perpetuates the exposure. If there is a resolution of Kovanen litigation that resolves us, we can have a conversation.

My understanding is that the term sheet and the going forward compliance proposed to Chad are not that onerous. My colleague is somewhat mystified as if this continues, the policy will waste away and Chad will have personal exposure far in excess of what he can hope to earn on the pipeline over next 2 years


**From:** Deborah Crabbe <deborah.crabbe@foster.com>
**Sent:** Tuesday, April 2, 2024 2:35 PM
**To:** Catuogno, David S. <David.Catuogno@klgates.com>; Dan Youngblut <dan.youngblut@foster.com>
**Subject:** RE: Asset Realty [KLG-USE_ACTIVE01.FID3013193]

Chad is radio silent. I plan to call him again this afternoon. Not sure what the heck he is thinking. I will ratchet up the calls to see if I can get him to respond.

**Deborah Crabbe**
**Principal**

*Tel:* 206.447.5325 ▪ *Mobile:* 206-953-0482
deborah.crabbe@foster.com

**Foster Garvey PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
foster.com

**From:** Catuogno, David S. <David.Catuogno@klgates.com>
**Sent:** Tuesday, April 2, 2024 11:29 AM
**To:** Deborah Crabbe <deborah.crabbe@foster.com>; Dan Youngblut <dan.youngblut@foster.com>
**Subject:** RE: Asset Realty [KLG-USE_ACTIVE01.FID3013193]

Hi Deb

On our side, one of our colleagues had a call with counsel for Asset in the Kovanen matter last Friday.

The report i got is that Chad is not agreeable to the revised settlement term sheet and is not willing to entertain any sort of going forward compliance.

I am not sure if that conversation happened before or after you reached out to Chad so i don't know if that is still the status quo or if the landscape has changed.

Please let me know.

Thank you.



**David S. Catuogno, Esq.**
Partner
K&L Gates LLP
One Newark Center - 10th Floor
Newark, New Jersey 07102
Direct: (973) 848-4023
Mobile: (201) 805-4371
Fax: (973) 848-4001
David.Catuogno@klgates.com
bio: David S. Catuogno | People | K&L Gates (klgates.com)

Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Doha
Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London
Los Angeles  Melbourne  Miami  Milan  Munich  Nashville  Newark  New York  Orange County
Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São Paulo
Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.  Wilmington