David S Catuogno (Admitted *pro hac vice*)
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: david.catuogno@klgates.com

Honorable Marc L. Barreca
Chapter 7
Hearing Location: Seattle, Rm. 7106
Special Set Hearing Date: April 24, 2024
Hearing Time: 1:30 p.m.
Response Date: April 17, 2024

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

ASSET REALTY LLC

                Debtor.

Case No. 23-10326-MLB

**2nd DECLARATION OF JACKIE BERTET IN FURTHER SUPPORT OF MOTION OF CENTURY 21 REAL ESTATE LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

I, Jackie Bertet, of full age, declare that:

1. I am the Senior Director of Anywhere Brands LLC, affiliate of Century 21 Real Estate, LLC ("C21" or the "Franchisor"). I make this 2nd Declaration in further support of C21's motion for allowance and payment of administrative expense claims (the "Motion") pursuant to which C21 seeks an order allowing, and authorizing payment of a Chapter 7 administrative claim and a Chapter 11 administrative claim on behalf of C21 in he with bankruptcy case. This declaration is based upon my personal knowledge and a review of the documents relative to the above captioned action.

2. On or about February 21, 2024, counsel for the Trustee provided counsel for C21 with a schedule of revenue received by the Trustee after the Conversion Date (the "Post Conversion Schedule"). The email forwarding the schedule represented that the revenue consisted of "brokerage sales." That is, after the Conversion Date, there were numerous closings of real estate transactions

2nd DECLARATION OF JACKIE BERTET IN SUPPORT
OF CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 1
318356647.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 244    Filed 04/19/24    Ent. 04/19/24 14:42:33    Pg. 1 of 7

arising from contracts that were executed prior to the Conversion Date (the "Post-Conversion Closings"). Pursuant to a schedule provided by Trustee's counsel, C21 calculated that the Post-Conversion Closings generated total real estate brokerage commissions in the amount of $185,713 of which, $29,852.75 apparently was remitted to and received by the Trustee as representing the Debtor's net share of said total commissions or the Debtor's "brokerage split." A true copy of the Post Conversion Schedule is attached to my prior Declaration (ECF No. 222) as **Exhibit C.**

3. Pursuant to the Franchise Agreement in effect at the time the contracts for the pending transactions were executed, C21 is entitled to $11,143 in royalties on account of the total real estate brokerage commissions generated from the Post-Conversion Closings (the "Chapter 7 Post-Petition Obligations"). A statement setting forth the calculation of the amount(s) due to C21 from the Post-Conversion Closings is attached to my prior Declaration as **Exhibit D**. Notably, the calculations were based exclusively on the column labeled "total commissions" as that is the baseline metric for royalty calculations under the Franchise Agreement. If there was no value in that column, that line item was not considered in the royalty calculation. Based on my review, there is one line item on the Post Conversion Schedule that did not have a value in the "total commission" column. That line item was not considered in C21's royalty calculations.

4. The Trustee's Objection to the Motion has apparently alleged that the revenue line items on the Post Conversion Schedule did not necessarily indicate commissions from real estate brokerage sales, even though that is what was represented by Trustee's counsel when the Post Conversion Schedule was provided and C21 relied on that representation. In any event, C21 has run a report from its internal systems as to post-Conversion real estate closings on listings/contracts of the Debtor brokerage entity (the "C21 Report"). A copy of that report is attached hereto as Exhibit 1. The attached report confirms that the line items on the Post Conversion Schedule used by C21 in its commission calculation does, in fact, represent a real estate closing as to listings/contracts of the Debtor brokerage entity.

2nd DECLARATION OF JACKIE BERTET IN SUPPORT
OF CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 2
318356647.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 244    Filed 04/19/24    Ent. 04/19/24 14:42:33    Pg. 2 of 7

5. Certain of the transactions match directly as set forth below:

| Post Conversion Schedule | C21 Report |
|---|---|
| 1 | 9 |
| 2 | 10 |
| 3 | 6 |
| 4 | 7 |
| 5 | 8[1] |
| 10 | 5[2] |

There is one line item without a total commission value that was excluded from C21's royalty calculations.

6. There are 5 other lines each from the Post Conversion Schedule and C21 report that do not match exactly but seem to match approximately. Specifically, lines 6,7,8,11 & 12 from the Post Conversion Schedule and lines 1,2,3,4 & 12 from the C21 Report. These discrepancies could be because there was some adjustment made by the Debtor before reporting. Also, some transactions may not have been reported or may have been reported inaccurately. C21 concedes that there may have to be some manner of reconciliation, but that reconciliation would not impact C21's entitlement to royalties. Notably, the unmatched lines in the Post Conversion Schedule reflect @$76,000 in total commissions whereas the C21 report reflects @$84,000 in total commissions in the AGC column. C21's royalty calculations for the Motion were based on the lower values set forth in the Post Conversion Schedule.

---

[1] There is a slight discrepancy in the total commission subject to royalty between the two charts. The Post Conversion Schedule provided by the Trustee recites a total commission of $55,500. On the C21 Report, that value is reported in the AGC column at $64,750. C21's royalty calculations in the Motion are based on the lower amount from the Trustee's schedule.

[2] Similar to footnote 1, there is a slight discrepancy in favor of the Trustee. The Post Conversion Schedule lists total commission of $14,250. C21's AGC value is $14,750. Again, C21 used the lower figure provided by the Trustee in its royalty calculations.

2nd DECLARATION OF JACKIE BERTET IN SUPPORT
OF CENTURY 21 REAL ESTATE LLC MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
CLAIMS - 3
318356647.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 244    Filed 04/19/24    Ent. 04/19/24 14:42:33    Pg. 3 of 7

7. The revenue consisting of the brokerage splits received by the Trustee is connected to a transaction between C21 and the debtor-in-possession, namely the Franchise Agreement. C21 provided value and consideration to the debtor-in-possession under the Franchise Agreement. The consideration and value provided by C21 under the Franchise Agreement directly and substantially benefitted the estate by facilitating the generation of $29,852.75 in receivable for real estate brokerage commissions that the Trustee was able to collect.

8. The Debtor was afforded the benefit of using the C21 Marks and C21 System pursuant to the Franchise Agreement, as well as the goodwill and credibility of C21 inherent in the Debtor's continued association with C21/franchised operations in the post-petition period. C21 fulfilled its obligations under the Franchise Agreement and the estate is obligated to remit payment therefor.

9. Additionally, over and above the contractual obligations inherent in the Franchise Agreement, the value provided by C21 under the Franchise Agreement manifests a "substantial contribution" to the estate via the Debtor's continued use of the C21 Marks and C21 System and the Debtor's continued association with C21 and its goodwill during the pendency of the Chapter 11 case. The value received by the Debtor under the Franchise Agreement has led to the generation of revenue for the benefit of the estate in the post-petition period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

EXECUTED April 19, 2024, at Long Branch, New Jersey.

*/s/ Jackie Bertet*_____
Jackie Bertet

2nd DECLARATION OF JACKIE BERTET IN SUPPORT OF CENTURY 21 REAL ESTATE LLC MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS - 4
318356647.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 244    Filed 04/19/24    Ent. 04/19/24 14:42:33    Pg. 4 of 7

## **CERTIFICATE OF SERVICE**

The undersigned declares as follows:

That she is a practice assistant in the law firm of K&L Gates LLP, and on April 19, 2024, she caused the foregoing document to be filed electronically through the CM/ECF system which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 19th day of April, 2024 at Seattle, Washington.

*/s/ Chloe C. Morse*
Chloe C. Morse

2nd DECLARATION OF JACKIE BERTET IN SUPPORT OF CENTURY 21 REAL ESTATE LLC MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS - 5
318356647.1

K&L GATES LLP
ONE NEWARK CENTER
TENTH FLOOR
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 848-4000
FACSIMILE: (973) 848-4001

Case 23-10326-MLB    Doc 244    Filed 04/19/24    Ent. 04/19/24 14:42:33    Pg. 5 of 7

# Exhibit 1

| Fee Id- Seq # - Co # - Off # | Tr Type | Purchase Order | dash Tr# | Description | Trans Date | TR Amt | Balance Due | Days Late | Class | Due Date | Seq | Status | Number | Comments | AGC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C00009259212-001-301918-0001 | TRF | C00009259212 | T09386 | T09386 - Residential Sale - 7844 S Wilkeson St Tacoma [S | 20-Dec-23 | 724.5 | 724.5 | 120 | Invoice | 20-Dec-23 | 1 | Open | 211905160 | T09386 | 12075 |
| C00009307374-001-301918-0001 | TRF | C00009307374 | FBHEPQ-T09354 | FBHEPQ-T09354 - Residential Sale - 19719 119th St E Bonney Lake [L | 22-Dec-23 | 762 | 762 | 118 | Invoice | 22-Dec-23 | 1 | Open | 211920566 | FBHEPQ-T09354 | 12700 |
| C00009307369-001-301918-0001 | TRF | C00009307369 | T09381 | T09381 - Residential Sale - 2206 S Melrose St Tacoma [S | 28-Dec-23 | 337.05 | 337.05 | 112 | Invoice | 28-Dec-23 | 1 | Open | 211920562 | T09381 | 5617.5 |
| C00009307373-001-301918-0001 | TRF | C00009307373 | LT7TW6-T09350 | LT7TW6-T09350 - Residential Sale - 16703 NE 22nd St Bellevue [L | 29-Dec-23 | 2,178.00 | 2,178.00 | 111 | Invoice | 29-Dec-23 | 1 | Open | 211920565 | LT7TW6-T09350 | 36300 |
| C00009307381-001-301918-0001 | TRF | C00009307381 | SY7RY8-T09390 | SY7RY8-T09390 - Residential Sale - 42501 SE 170th Ct North Bend [L | 2-Jan-24 | 882 | 882 | 107 | Invoice | 2-Jan-24 | 1 | Open | 211920574 | SY7RY8-T09390 | 14700 |
| C00009329884-001-301918-0001 | TRF | C00009329884 | T09414 | T09414 - Residential Sale - 6419 S Lawrence St Tacoma [S | 16-Jan-24 | 652.5 | 652.5 | 93 | Invoice | 16-Jan-24 | 1 | Open | 211927410 | T09414 | 10875 |
| C00009329908-001-301918-0001 | TRF | C00009329908 | T09408 | T09408 - Residential Sale - 703 115th St E Tacoma [S | 17-Jan-24 | 765 | 765 | 92 | Invoice | 17-Jan-24 | 1 | Open | 211927418 | T09408 | 12750 |
| C00009329959-001-301918-0001 | TRF | C00009329959 | JE6P5F-T09366 | JE6P5F-T09366 - Residential Sale - 735 1st St S Unit #102 Kirkland [L | 23-Jan-24 | 3,885.00 | 3,885.00 | 86 | Invoice | 23-Jan-24 | 1 | Open | 211927428 | JE6P5F-T09366 | 64750 |
| C00009323909-001-301918-0001 | TRF | C00009323909 | T09403 | T09403 - Residential Sale - 9999 Hancock St Port Townsend [S | 24-Jan-24 | 412.5 | 412.5 | 85 | Invoice | 24-Jan-24 | 1 | Open | 211925607 | T09403 | 6875 |
| C00009329811-001-301918-0001 | TRF | C00009329811 | PJCXKR-T09429 | PJCXKR-T09429 - Residential Sale - 11825 SE 184th St Renton [L | 30-Jan-24 | 541.2 | 541.2 | 79 | Invoice | 30-Jan-24 | 1 | Open | 211927391 | PJCXKR-T09429 | 9020 |
| C00009307385-001-301918-0001 | TRF | C00009307385 | T09401 | T09401 - Residential Sale - 6627 83rd Street Ct E Puyallup [S | 5-Feb-24 | 1,120.50 | 1,120.50 | 73 | Invoice | 5-Feb-24 | 1 | Open | 211920576 | T09401 | 18675 |
| C00009306906-001-301918-0001 | TRF | C00009306906 | T09428 | T09428 - Residential Sale - 13408 173rd St E Puyallup [S | 7-Feb-24 | 1,059.00 | 1,059.00 | 71 | Invoice | 7-Feb-24 | 1 | Open | 211920448 | T09428 | 17650 |